**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR SAINT JOHNS COUNTY, FLORIDA**

**SCOTT WOLFRAM,**

      **Plaintiff,**

**v.**

**BARCLAYS BANK OF DELAWARE,**

      **Defendant.**

_____/

**CASE NO.:** CA23-1222

**DIVISION:** 55

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, SCOTT WOLFRAM, by and through his undersigned counsel, and hereby sues the Defendant, BARCLAYS BANK OF DELAWARE ("Barclays") ("Defendant") and alleges:

## PRELIMINARY STATEMENT

This is an action for actual damages, statutory damages, costs and attorney's fees for violation of the Fair Credit Billing Act (part of the Truth in Lending Act), 15 U.S.C. § 1666 ("FCBA"), and Regulation Z issued thereunder; an action for actual and statutory damages, costs and attorney's fees brought pursuant to Florida Statutes §§ 559.55-559.785 (Florida Consumer Collection Practices Act) ("FCCPA"); and an action for damages for the common law tort of negligence as to Defendant Barclays.

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is an individual residing in Saint Johns County, Florida.

2. Barclays Bank is a banking and credit card company that engages in the business of wealth management and regularly extends open-end consumer credit.

3. Barclays Bank conducts business throughout the United States, including the State of Florida, in particular Saint Johns County, Florida, and has its principal office address at

125 South West Street, Wilmington, DE 19801.

4. Plaintiff is a "consumer" as this term is defined by 15 U.S.C. § 1681a(c) of the FCRA and by Florida Statutes Section 559.55(8) of the FCCPA.

5. Defendant Barclays Bank is a "creditor" as defined by Florida Statutes Section 559.55(5) of the FCCPA.

6. Venue is proper as the causes of action accrued in Saint Johns County, Florida, and the Defendant engages in business in the state of Florida, in particular Saint Johns County, Florida.

7. The amount in controversy is within the jurisdiction of this Court.

8. All conditions precedent to the institution and maintenance of this action have been performed, satisfied or otherwise waived.

## FACTUAL ALLEGATIONS

9. Defendant Barclays extended an open-ended consumer credit card account to Plaintiff ("Credit Card").

10. The Credit Card was primarily used for household consumer products.

11. Plaintiff is the sole account holder on his Barclay's card (the "Credit Card").

12. On or about October 21, 2022, Plaintiff attempted to make a purchase online from BattleHawk Armory for $3,225.59. Plaintiff wanted to split his purchase between two credit cards for the awards, but the merchant system rejected this payment method.

13. The original order was denied and cancelled because of this. In light of the cancellation, Plaintiff placed the same order again, but this time solely on one card.

14. On or about October 23, 2022, Mr. Wolfram discovered an additional $2,856.85 charge on his Barclay's credit card. This amount was not related to the new order, but was part of the

original, cancelled order. *See Exhibit A.*

15. In response to this, Plaintiff immediately reached out to BattleHawk Armory, thinking that *both* orders had accidentally been processed. *See Exhibit B.*

16. Upon emailing back and forth with BattleHawk Armory, the company made it clear that they had no record of an additional transaction: "We have been researching this, however we only see the one charge and the refund.  If there is an additional charge please dispute it with your credit card company and we will not fight it.  We do not see anything at all on our end, we have no malicious intent here, we just don't see any additional charges when we opened up our credit card processing, there is nothing to refund on our end that we can see." *See Exhibit B.*

17. Then, on or about December 6th 2022, Plaintiff sent a credit billing dispute letter to Barclay's Bank, disputing the amount charged to his card. *See Exhibit C*

18. This dispute was received by Barclays Bank on December 13, 2022. *See Exhibit D.*

19. Two thirty-day billing cycles have passed since Barclays received Plaintiff's dispute and no action has been taken on behalf of Barclays to remove the amount from his statement.

20. As a result of Defendant Barclay's actions, Plaintiff suffered and continues to suffer damages including, but not limited to, loss of time and effort expended disputing the Transaction, frustration, humiliation, embarrassment, interest, fees, late charges, and time spent in attempting to correct Barclays' errors, stress, damage to reputation, amongst other damages in an amount to be determined by the finder of fact.

## COUNT I
### (Violations of the FCBA, 15 U.S.C. 1666 and Regulation Z as to Defendant Barclays)

21. Plaintiff re-alleges the allegations contained in paragraphs 1 through 20, above as if fully set forth herein.

22. At all times relevant, Barclays, in the ordinary course of business, regularly extended consumer credit on which Barclays assessed finance charges.

23. Barclays extended such consumer credit to Plaintiff for personal, family, and household purposes via a credit card account ending in 8299.

24. With respect to said account, Defendant Barclays is a "creditor" as that term is defined in 16 U.S.C § 1602(f) and a "card issuer" within the meaning of 12 C.F.R. § 226.2(a)(7).

25. Plaintiff is a "consumer" and, with respect to said credit account, is a "card holder" within the meaning of 12 C.F.R. § 226.2(a)(8) and (11).

26. Plaintiff's dispute of the above-mentioned unauthorized charges, the Transaction, constitutes notice of a "billing error" within the meaning of 15 U.S.C. § 1666(b).

27. Plaintiff delivered notice of the billing error dispute within the meaning of 15 U.S.C. § 1666(a).

28. Defendant Barclays failed to comply with the requirements of the FCBA in one or more of the following ways:

   a) Failed to conduct any reasonable investigation of the dispute;

   b) Failed to comply with appropriate error dispute resolution procedures; and,

   c) Failed to remove the disputed charge after receipt of information which demonstrated that Plaintiff had properly rescinded the agreement and/or had not received the benefits bargained for in connection with the charge.

29. Specifically, Barclays failed to conduct any reasonable investigation of the dispute where

-4-

the error did not stem from anywhere *but* Barclays Bank; ignored Plaintiff's issues raised with said dispute and the information therein; and disregarded the merchant's response to Plaintiff's original disputes.

30. Likewise, Barclays failed to remove the disputed charge after receiving information which demonstrated Plaintiff had not received the benefit of the disputed Transaction, where Plaintiff provided ample proof, including emails with the merchant.

31. Despite its receipt of Plaintiff's detailed billing error notice, and before meeting the requirements of 15 U.S.C. § 1666 to either correct or investigate and send an explanation of the charges, Barclays took action to collect the disputed amount by demanding payment from Plaintiff, made adverse credit reporting regarding Plaintiff, and thereafter reduced Plaintiff's consumer credit account without a full resolution of Plaintiff's claim.

32. Barclays has been reporting derogatory, false, inaccurate, or misleading information about the Transaction on Plaintiff's consumer credit report for months. Barclays did not report to Experian, Transunion, or Equifax the mistake in the balance as to Plaintiff's credit card account.

33. Barclays's actions proximately caused Plaintiff actual damages of increased debt allocation to Plaintiff for fraudulent charges, fees and interest, loss of credit, and undue stress on Plaintiff.

34. Barclays' actions were willful, grossly reckless and negligent, and part of a pattern or practice of failure to comply with its obligations under the FCBA.

Wherefore, Plaintiff prays for:

a) Actual damages;

b) Statutory damages in the amount of double the finance charges, pursuant to 15 U.S.C. §

1640(a)(2), with a minimum award of $500 and a maximum award of $5,000, or such higher

amount may be appropriate in light of Defendant's pattern or practice of noncompliance;

c) Pursuant to 15 U.S.C. § 1666(e), an order requiring Defendant to forfeit any right to collect the

first $50.00 of the disputed amount and any finance charges thereon from Plaintiff;

d) An order requiring Defendant to credit Plaintiff with the disputed amount and related finance

charge or other charges;

e) Costs and attorneys' fees;

f) Such other relief as the court deems proper.

## COUNT II

### (Violations of the FCCPA, Fla. Stat. 559.55-559.785 as to Defendant Barclays)

35. Plaintiff re-alleges the allegations contained in paragraphs 1 through 20 above as if fully
set forth herein.

36. Plaintiff is a "debtor" pursuant to Fla. Stat. § 559.55(8) as he has been alleged to owe on
obligation arising from a personal, family, or household transaction.

37. Barclays is a "person" as referenced by Fla. Stat. § 559.72.

38. Barclays consents of and has knowledge and control of the collection activities of their
agents and representatives, including supervisors, managers, affiliates, subsidiaries,
divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors
and/or contractors for Plaintiff's alleged debt to Barclays for the amounts owing of
approximately $2,856.85, including amounts improperly charged to his account, and
reported to Barclays, plus bank fees and interest.

39. In addition, Barclays' claims, attempts, or threats to enforce the disputed debt, late charges,
fees or interest, when Barclays knows the debt is not legitimate is a violation of Fla. Stat.

§ 559.72(9).

40. At all times relevant to this action Defendant is subject to and must abide by the laws of Florida, including Fla. Stat. § 559.72.

41. Plaintiff reserves the right to amend their Complaint to add a claim for punitive damages upon proper showing.

WHEREFORE Plaintiff hereby respectfully requests this honorable court award Plaintiff:

    a) Actual damages;

    b) statutory damages;

    c) court costs;

    d) reasonable attorneys' fees; and

    e) Any other such equitable relief as this court may deem appropriate pursuant to Fla. Stat. § 559.77 for Defendant's intentional violation of Fla. Stat. § 559.72.

## COUNT III
### (Negligence as to Defendant Barclays)

43. Plaintiff re-alleges the allegations contained in paragraphs 1 through 20 above as if fully set forth herein.

44. Defendant Barclays' actions, as described herein, taken in connection with Plaintiff's credit card account, to which it owed Plaintiff a duty of care, constitute negligence. Defendant also negligently failed to properly investigate Plaintiff's disputes.

45. Barclays' failure to comply with the FCBA and FCCPA constitutes negligence "per se."

46. As a result of Barclays' negligence, Plaintiff suffered damages.

WHEREFORE, Plaintiff requests that this Court enter a judgment against Defendant Barclays for negligence and award Plaintiff:

    a) Compensatory damages, including damages for mental anguish and emotional

distress, plus interest and costs.

b)  Plaintiff further requests such other relief as the Court deems just and proper, the premises considered.

## DEMAND FOR JURY TRIAL

Plaintiff, Scott Wolfram, by and through his undersigned counsel, demands a trial by jury of all issues so triable.

Respectfully submitted this 29th of March, 2023.

**STORY GRIFFIN**
*Attorneys at Law*

/s/ Austin Griffin, Esq.
MAX STORY, ESQ.
Florida Bar:  0527238
AUSTIN J. GRIFFIN, ESQ.
Florida Bar: 0117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Phone: (904)372-4109
Fax: (904) 758-5333
max@storylawgroup.com
austin@storylawgroup.com

EXHIBIT A



BattleHawk Armory                                      $2,856.85
Account ....8299                                 2,857 TrueBlue® points

| | |
|---|---|
| ON STATEMENT AS | BattleHawk Armory |
| MERCHANT LOCATION | GRIMES IA 50111 |
| TRANSACTION DATE | Friday, Oct 21st, 2022 |
| POST DATE | Sunday, Oct 23rd, 2022 |
| PURCHASED BY | Scott Wolfram |
| MERCHANT CATEGORY | SPORTING GOODS STORES |

**Dispute Charge**          Questions about this purchase? Visit our Help page

The merchant location may not match the physical address where you made your purchase. It is common for merchants to use the address of a central branch, headquarters, etc.

BattleHawk Armory                                      $3,225.59
Oct 21st, 2022                                   3,226 TrueBlue® points

EXHIBIT B

| | |
|---|---|
| **From:** | NO REPLY - BATTLEHAWK ARMORY - NO REPLY <Support@bharmory.com> |
| **Sent:** | Tuesday, November 22, 2022 10:12 AM |
| **To:** | scott@thewolframs.net |
| **Subject:** | [BattleHawk Armory] (Ticket #34675) Order# 183128 Again |

Thank you for contacting us. Our team will get back to you as soon as possible. When replying, please make sure that the ticket ID is kept in the subject so that we can track your replies.

----------

Link to ticket

Help Desk Ticket #34675 (Order# 183128 Again) has been updated by A J. Action Taken: Public note added and ticket closed.

**Content:**

Scott,

We have been researching this, however we only see the one charge and the refund.  If there is an additional charge please dispute it with your credit card company and we will not fight it.  We do not see anything at all on our end, we have no malicious intent here, we just don't see any additional charges when we opened up our credit card processing, there is nothing to refund on our end that we can see.

I apologize for any hassle, hoping this is all just a misunderstanding, please note any litigation will be met with immense defense and any youtube video will be used in a court of law and any damages as a result of such video will be countersued.  This is not a measure we want to enact, just letting you know.

We hope to resolve this peacefully, however I don't see anything to resolve on our end.

Thank you

Original Subject: Order# 183128 Again

Original Content:

Due to your lack of response I have reached out to an attorney today, I will be seekimg time and fees should you not immediately resolve this now. I will also be making a youtube video to explain to everyone what to expect when they choose battlehawk.

Again you billed me a 2856.85 10/21 for a failed transaction on your website while trying to split between to credit cards, I then billed the entire 3225.59 for the order 183128. I have left you my contact information, sent you the billing statements, at the address requested with zero meaningful response.

----------

1

EXHIBIT C

December 6th 2022

Scott D Wolfram

██████████████
Saint Johns, FL 32259

Barclays Bank Delaware

Attn: Billing Inquiries

125 South West Street
Wilmington, DE 19801

Re: Notice of disputed charge to Account No. ████████████8299

Dear Credit Card Billing Disputes:

I am writing to dispute a charge of $2856.85 to my credit card account on October 21st 2022. The charge is in error because the purchase was declined while attempting to split the charge with a 2nd credit card that had a credit on it. My assumption is the other card declined the charge but Barclays did not and the vendor's software did not allow the purchase to continue.

I have reached out to the merchant several times of the course of a month with little response. The final response from the merchant was to file a dispute with the credit card company and they would not fight it.

Furthermore, a credit for the wrong amount was issue by Barclays that was later removed without explanation. The entire amount 2856.85 is in dispute. The credit for 126.11 received on November 2nd 2022 is in relation to the correct charge on October 21 2022 for 3225.59.

I am requesting that the error be corrected, that any finance or other charges related to the disputed amount be credited to my account, and that I get an accurate statement.

Enclosed are copies of the sales receipt and credits for the value charge, all communications with the merchant and their system supporting my position and experience. Please correct the error on my account promptly.

Sincerely,

Scott D Wolfram

Enclosures:

- Proof of the valid charges
  - Original Email Containing the entire value order 3225.59
  - The final receipt showing a total of 3099.48 showing the difference of 126.11 that was returned because vendor sold items they did not have. This explains where return came from.


- Email attempts to resolve with merchant directly
  - 3rd or 4th attempt explaining the problem to the vendor.
  - Final email where vendor states they cannot find the charge and to file a dispute


- Other credit card statement showing the credit I was attempting to split this charge with. The credit was for 368.74 so 3225.59 – 368.74 = 2856.85, the amount in dispute.

| SU | Support@bharmory.com |
|---|---|
| | Fri, 21 Oct 2022 5:36:09 PM -0400 |
| To | "scott" <scott@thewolframs.net> |

# THANK YOU FOR YOUR ORDER!

# Our little battle birdies (hawks) are now busy getting your order processed as quickly as possible!

# Please review your order.

DO NOT REPLY TO THIS EMAIL, FOR ANY ISSUES CONTACT US HERE: https://www.battlehawkarmory.com/contact-support



**BATTLEHAWK ARMORY**
3060 SE GRIMES BLVD
SUITE 600
GRIMES, IA 50111
Contact Us

**OUR CURRENT SHIPPING TIMES FOR ALL ORDERS, GUN OR ACCESSORIES ARE:** up to 7 BUSINESS DAYS (9-10 actual days) to ship, although most orders ship within 2-3 days, this is after order has been submitted to warehouse and/or FFL information has been received for Firearm orders. (no FFL needed for non-firearm orders) Please check order history for updates, if there is an issue we will contact you within 2 business days of placing this order.

**IF THIS ORDER CONTAINS A FIREARM, FURTHER ACTION NEEDED,** Please reach out to your receiving dealer and have them email a PHYSICAL SIGNED COPY of their FFL (Federal Firearms License) license to FFL@BHARMORY.COM, referencing ORDER #: 183128 and your name in the header. We CANNOT ship the firearm until a valid SIGNED PHYSICAL COPY of their ffl is received, WE DO NOT REACH OUT TO FFL'S TO GET THIS INFORMATION, AND WE NEED THIS INFORMATION TO VALIDATE, KEEP ON FILE, AND SHIP FIREARMS. PLEASE ASSUME THAT WE DO NOT HAVE YOUR FFL ON FILE AND HAVE THIS EMAILED. ANY FFL CHANGE REQUESTS, INQUIRIES, ETC PLEASE EMAIL FFL@BHARMORY.COM.

**IF THIS ORDER CONTAINS A SILENCER -** We will also need your dealers SOT, we do not retain an electronic file of these so this needs sent every time along with the FFL.

https://www.battlehawkarmory.com/ffl-finder

NOTE: WE CANNOT LOCK IN INVENTORY until a valid FFL has been received and order is submitted to warehouse for fulfillment. If you cannot reach your FFL you may switch, please send any FFL changes or questions to FFL@BHARMORY.com.

**ORDER #: 183128**

Order placed on 10/21/2022.

| | |
|---|---|
| **Billing Address:** | Scott Wolfram<br>53 Rawlings Dr<br>Saint Johns, FL 32259-8695 |
| **Shipping Address:** | 53 Rawlings Dr<br>Saint Johns, FL 32259-8695<br>Note: Firearms will ship to your chosen FFL<br>and non-firearms will ship to your home address. |
| **FFL Recipient:** | FFL Name: RED RYDER ARMORY |
| **FFL Contact:** | 6690 COLUMBIA PARK DR STE 2, JACKSONVILLE, FL 32258<br>(904) 635-5980 |

| Product Code | UPC | Description | Quantity | Price | Extended |
|---|---|---|---|---|---|
| DD4215912079 | 818773022538 | Daniel Defense Delta 5 Pro Creedmoor 26" 10 Round Black Varmint Rifle | | | |
| | | | 1 | $2,302.53 | $2,302.53 |
| SI322CBRXZE | 798681665815 | SIG SAUER P322 22LR ZERO ELITE 4" 20+1 PISTOL | | | |
| | | | 1 | $549.99 | $549.99 |
| WAR-705EM | 656813106? | WAR ARCA RAIL ADAPTER ATLAS | | | |

| Item | SKU | Description | Qty | Price | Total |
|------|-----|-------------|-----|-------|-------|
| 32054 | 6045446240 38 | Federal GM6CRDBH130 Premium Gold Medal 6.5 Creedmoor 130 gr Berger Hybrid Open Tip Match 20 Bx/ 10 Cs | 1 | $35.31 | $35.31 |
| HORNADY81500 | 0902558150 09 | Hornady 81500 Match 6.5 Creedmoor 140 gr Extremely Low Drag-Match 20 rd BOX | 3 | $33.88 | $101.64 |
| 41212 | 7168760224 72 | Barnes Bullets 30166 Precision Match 6.5 Creedmoor 140 gr Open Tip Match Boat Tail 20 Box | 1 | $31.88 | $31.88 |
| FEAE65CRD4 | 6045446659 63 | FED AM EAGLE 6.5 CREEDMOOR 123GR OPEN TIP MATCH AMMUNITION 20rd BOX | 1 | $26.99 | $26.99 |
| 138545_1 | 7549085128 43 | Magtech SB65E Sport Shooting 6.5 Creedmoor 142 gr Hollow Point Boat-Tail (HPBT) 20 Bx/ 25 Cs | 1 | $24.17 | $24.17 |
| 103204 | 7549085125 53 | Sellier & Bellot SB65A Rifle 6.5 Creedmoor 140 gr Full Metal Jacket Boat Tail (FMJBT) Rifle Ammunition 20 rd BOX | 1 | $21.77 | $21.77 |

Total Items:    11
Cart Total:    3,156.64
Tax:    0.00
Shipping Fee: 68.95
Order Total:   3,225.59

NOTE: WE CANNOT CANCEL OR EDIT ORDERS AFTER THEY ARE PLACED, we have a small window where we can change FFL's, if you wish to change FFL's please use contact us with whom you wish to switch to and have them email their license.

YOU WILL RECEIVE A TRACKING EMAIL WHEN THE ORDER SHIPS!

Thank you for your business!

**BattleHawk Armory**

Please feel free to contact us or create a support ticket for any questions.

My Account

© 2022 Battlehawk Armory LLC. All Rights Reserved.

Home | HelpDesk | Unsubscribe

BattleHawk Armory
3060 SE GRIMES BLVD
Grimes, IA 50111
(515) 528-2910 MAIN
Support@bharmory.com

## Receipt

Order Number: 183128
Order Date: 10/21/2022

| **Ordered By** | **Shipping Address** | **FFL Dealer Address** |
|---|---|---|
| 1464888 | Scott Wolfram | 1-59-031-07-3E-30984 |
| Scott Wolfram | 53 Rawlings Dr | RED RYDER ARMORY |
| 53 Rawlings Dr | Saint Johns, FL 32259-8695 | 6690 COLUMBIA PARK DR STE 2 |
| Saint Johns, FL 32259-8695 | | JACKSONVILLE, FL 32258 |
| (904) 608-3260 | Shipping Method: INSURED SHIPPING - See terms for all | (904) 635-5980 |
| | details | |
| Payment by: Multiple methods | | |

## Order Items

| Product | Qty | Price | Extend |
|---|---|---|---|
| Daniel Defense Delta 5 Pro Creedmoor 26" 10 Round Black Varmint Rifle<br>Product Code: DD4215912079<br>UPC: 818773022538 | 1 | 2,302.53 | 2,302.53 |
| SIG SAUER P322 22LR ZERO ELITE 4" 20+1 PISTOL<br>Product Code: SI322CBRXZE<br>UPC: 798681665815 | 1 | 549.99 | 549.99 |
| WAR ARCA RAIL ADAPTER ATLAS<br>Product Code: WAR_7955M<br>UPC: 656813106790 | 1 | 62.36 | 62.36 |
| Federal GM65CRDBH130 Premium Gold Medal 6.5 Creedmoor 130 gr Berger Hybrid Open Tip Match 20 Bx/ 10 Cs<br>Product Code: 32054<br>UPC: 604544624038 | 1 | 35.31 | 35.31 |
| Barnes Bullets 30166 Precision Match 6.5 Creedmoor 140 gr Open Tip Match Boat Tail 20 Box<br>Product Code: 41212<br>UPC: 716876022472 | 1 | 31.88 | 31.88 |
| FED AM EAGLE 6.5 CREEDMOOR 123GR OPEN TIP MATCH AMMUNITION 20rd BOX<br>Product Code: FEAE65CRD4<br>UPC: 604544665963 | 1 | 26.99 | 26.99 |
| Magtech SB65E Sport Shooting 6.5 Creedmoor 142 gr Hollow Point Boat-Tail (HPBT) 20 Bx/ 25 Cs<br>Product Code: 138545_1<br>UPC: 754908512843 | 1 | 24.17 | 24.17 |

| | | |
|---|---|---|
| | Subtotal | 3,033.23 |
| | Shipping/Handling | 66.25 |
| | Order Total | 3,099.48 |

**NR**  NO REPLY - BATTLEHAWK ARMORY - NO REPLY <Support@bharmory.com>
Mon, 14 Nov 2022 10:57:10 AM -0500 •

To  "scott" <scott@thewolframs.net>

---

Thank you for contacting us. Our team will get back to you as soon as possible. When replying, please make sure that the ticket ID is kept in the subject so that we can track your replies.

---------

Link to ticket

Help Desk Ticket #34372 (Order# 183128 (Well sort of)) has been updated by A J. Action Taken: Public note added and ticket closed.

**Content:**

Hey Scott,

I am super confused as to what is going on, can you please send me an email to Adam@BattleHawk.com and itemize step by step what has happened?  I only see the one charge to you, and a refund by us for some stuff that was out of stock.

Thank You

Adam

BattleHawk Armory

Original Subject: Order# 183128 (Well sort of)

Original Content:

This is my 3rd or 4th attempt to get you to correct a charge on my credit card stemming from attempted order prior to 183128. There is a charge for 2856.85 from attempting to split the charge with a credit card I had a credit on. I believe the other credit card failed but this one still processed the charge.. I have filed a dispute with the credit card company, if you do not resolve this you will eat their fees for getting involved and any fees I incur. This is my last and final attempt to resolve this as cheaply and quickly as possible for everyone.

---------

Battlehawk Armory] (Ticket #34675) Order# 183128 Again

**NR**   NO REPLY - BATTLEHAWK ARMORY - NO REPLY <Support@bharmory.com>
Tue, 22 Nov 2022 10:13:32 AM -0500

To   "scott" <scott@thewolframs.net>

---

Thank you for contacting us. Our team will get back to you as soon as possible. When replying, please make sure that the ticket ID is kept in the subject so that we can track your replies.

---------

link to ticket

Help Desk Ticket #34675 (Order# 183128 Again) has been updated by A J. Action Taken: Public note added and ticket closed.

**Content:**

Scott,

We have been researching this, however we only see the one charge and the refund.  If there is an additional charge please dispute it with your credit card company and we will not fight it.  We do not see anything at all on our end, we have no malicious intent here, we just don't see any additional charges when we opened up our credit card processing, there is nothing to refund on our end that we can see.

I apologize for any hassle, hoping this is all just a misunderstanding, please note any litigation will be met with immense defense and any youtube video will be used in a court of law and any damages as a result of such video will be countersued.  This is not a measure we want to enact, just letting you know.

We hope to resolve this peacefully, however I don't see anything to resolve on our end.

Thank you

Original Subject: Order# 183128 Again

Original Content:

Due to your lack of response I have reached out to an attorney today, I will be seekimg time and fees should you not immediately resolve this now. I will also be making a youtube video to explain to everyone what to expect when they choose battlehawk.

Again you billed me a 2856.85 10/21 for a failed transaction on your website while trying to split between to credit cards, I then billed the entire 3225.59 for the order 183128. I have left you my contact information, sent you the billing statements, at the address requested with zero meaningful response.

---------

  

 **BRITISH AIRWAYS**

Manage your account online:
www.chase.com/britishairways

Customer Service:
1-800-577-0633

Mobile: Download the
Chase Mobile® app today

| November 2022 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**-$368.74**

Minimum Payment Due
**$0.00**

Payment Due Date
**11/08/22**

### BRITISH AIRWAYS VISA
### REWARDS SUMMARY

| | |
|---|---|
| + 3X Avios British Airways purch | 0 |
| + 3X Avios for Iberia and Level purch | 0 |
| + 3X Avios for Aer Lingus purchases | 0 |
| + 2X Avios for hotel purchases | 0 |
| + Avios earned for purchases this period | 37 |
| **Total Avios transferred to** | |
| **Executive Club** | **37** |

Simply tap to pay with your contactless British Airways Visa
Signature Card. Just look for the contactless symbol at checkout.
It's fast, easy and secure!

Your British Airways Visa Signature Card from Chase allows you
to earn Unlimited Avios on your everyday spend! You earn 3
Avios for every $1 you spend on British Airways, Aer Lingus,
Iberia, and LEVEL purchases, 2 Avios for every $1 you spend
directly on hotel purchases, and 1 Avios for every $1 you spend
on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment
by the date listed above, you may have to pay a late fee of up to
$40.00 and your APR's will be subject to increase to a maximum
Penalty APR of 29.99%.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number ●●●8291 | |
| Previous Balance | $0.00 |
| Payment, Credits | -$500.00 |
| Purchases | +$36.26 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$95.00 |
| Interest Charged | $0.00 |
| **New Balance** | **-$368.74** |
| Opening/Closing Date | 09/17/22 - 10/11/22 |
| Credit Access Line | $21,200 |
| Available Credit | $21,200 |
| Cash Access Line | $1,060 |
| Available for Cash | $1,060 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required.  You may make charges against the credit or request a refund
by contacting Cardmember Service at the address above.  If after 6 months the credit balance is $1.00 or more, we will
refund the credit within 30 days.

 **BRITISH AIRWAYS**

⑊⑊⑊⑊ 4226950007348291000000000000000000000000008

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at
**chase.com/paycard**

**You have a credit balance of -$368.74.**
**You do not have to make a payment at this time.**

Account number: 4226 9500 0734 8291

$ _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

55984 BEX 9 28422 D
SCOTT WOLFRAM
53 RAWLINGS DR
SAINT JOHNS FL 32259-8695

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

⑊⑊5000 160 28⑊38 2000 7348 29 11⑊



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit Card Billing Disputes
P.O. Box 8802
Wilmington, DE 19899-8802

9590 9402 7696 2122 2874 80

2. Article Number (Transfer from service label)

7021 2720 0000 6528 5445

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Betasource          □ Agent
                      □ Addressee

B. Received by (Printed Name)     C. Date of Delivery
metasource                        R. Jones

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

DEC 13 2022

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Mail
□ Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7696 2122 2874 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Scott D Wolfram
53 Rawlings Dr
Saint Johns, FL 32259

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)        $
□ Return Receipt (electronic)      $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required         $
□ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

POSTED

Postmark
DEC 2022

Barclays

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 2720 0000 6528 5445