UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT WOLFRAM,

    Plaintiff,

v.

                                            Case No. 3:23-cv-545-BJD-PDB

BARCLAYS BANK OF
DELAWARE,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Barclays Bank of Delaware (Doc. 17; Stipulation) filed on January 16, 2024. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of January 2024.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record